

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00623-CR

**IN RE** Miguel Angel **BELTRAN BARRERA** et al.

Original Proceeding[1]

PER CURIAM
Concurring Opinion by: Rebeca C. Martinez, Chief Justice

Sitting:      Rebeca C. Martinez, Chief Justice
            Luz Elena D. Chapa, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: October 4, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On June 27, 2023, relators filed a petition for writ of mandamus. Relators also filed a motion to stay the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on June 30, 2023.

After considering the petition and this record, this court concludes relators are not entitled to the relief sought. *See In re Sanchez*, No. 04-23-00539-CR, 2023 WL 5274643, at *3-4 (Tex. App.—San Antonio Aug. 16, 2023, orig. proceeding) (denying mandamus petition without prejudice where relators failed to show trial court's denial of their motions for continuance

---

[1] This proceeding arises out of Cause Nos. 11754CR, 10867CR, 12441CR, 11889CR, 11472CR, and 11460CR styled, respectively, *State of Texas v. Miguel Angel Beltran Barrera*; *State of Texas v. Billy Alejandro de Santiago Pichardo*; *State of Texas v. Enrique Lopez Leon*; *State of Texas v. Jose Roberto Espiritud Cruz*; *State of Texas v. David Cayetano Vasquez*; *State of Texas v. Rufino Alberto Romero-Mendez* pending in the County Court, Kinney County, Texas, the Honorable Penny Anne Roberts presiding.

amounted to a violation of due process); *In re Santiago Villalobos*, No. 04-23-00538-CR, 2023 WL 4750833, at *1 (Tex. App.—San Antonio July 26, 2023, orig. proceeding) (mem. op.) (Martinez, C.J., concurring). Accordingly, the petition for writ of mandamus is denied without prejudice. *See* TEX. R. APP. P. 52.8(a). The stay imposed on June 30, 2023 is lifted.

PER CURIAM

DO NOT PUBLISH